IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 110-070 |
| | * | |
| WALTER MARION WILLIAMS | * | |

**O R D E R**

Before the Court is the Government's Motion to Substitute Restitution Payee. (Doc. 47.) Elise Leila Wheatley, one of the original restitution payees (Criminal Case J., Doc. 19, at 6), passed away on April 3, 2019. (Death Certification, Doc. 47-2.) The Government moves to substitute Leonard Palmer Wheatley Jr., son of Ms. Wheatley and executor of her estate (Doc. 47-1), as restitution payee in Ms. Wheatley's stead.

Pursuant to 18 U.S.C. § 3663A(a)(2), "[i]n the case of a victim who is . . . deceased, the . . . representative of the victim's estate, another family member, or any other person appointed as suitable by the court, may assume the victim's rights" to restitution. Upon due consideration, the Court finds Mr. Wheatley is a proper person to acquire Ms. Wheatley's rights as restitution payee. Therefore, the Government's Motion to Substitute Restitution Payee (Doc. 47) is **GRANTED,** and the Court **ORDERS** that Leonard Palmer Wheatley Jr. be substituted as the restitution payee in place of Elise Leila Wheatley. **IT IS FURTHER**

**ORDERED** that all future restitution payments due to Ms. Wheatley be made payable to Mr. Wheatley and mailed to his address on record with the Clerk.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of June, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA