IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 110-070 |
| | * | |
| WALTER MARION WILLIAMS | * | |

**O R D E R**

Before the Court is the Government's motion to substitute restitution payee. (Doc. 49.) James L. Griffith and Alice L. Griffith, two of the original restitution payees (Criminal Case J., Doc. 19, at 5, 6), passed away on June 5, 2019, and May 21, 2019, respectively (Death Certifications, Doc. 49-2, at 2, 3). The Government moves to substitute Kathy S. Osborne, daughter of Mr. and Mrs. Griffith and executor of their estates (Doc. 49-1), as restitution payee in place of both Mr. Griffith and Mrs. Griffith. (Mot. to Substitute Payee, Doc. 49.)

Pursuant to 18 U.S.C. § 3663(a)(2), "[i]n the case of a victim who is . . . deceased, the . . . representative of the victim's estate, another family member, or any other person appointed as suitable by the court, may assume the victim's rights" to restitution. Upon due consideration, the Court finds Ms. Osborne is a proper person to acquire Mr. and Mrs. Griffith's rights as restitution payees. Therefore, the Government's motion to substitute restitution payee (Doc. 49) is **GRANTED**, and the Court

**ORDERS** that Kathy S. Osborne be substituted as the restitution payee in place of James L. Griffith and Alice L. Griffith. **IT IS FURTHER ORDERED** that all future restitution payments due to Mr. Griffith and Mrs. Griffith be made payable to Ms. Osborne and mailed to her address on record with the Clerk.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of November, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA