IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
UNITED STATES OF AMERICA     *
                             *
     v.                      *      CR 110-070
                             *
WALTER MARION WILLIAMS       *
```

## O R D E R

Before the Court is the Government's motion to substitute its restitution payee. (Doc. 51.) Mr. Robert Allen Edmunds, Sr., one of the original restitution payees in this matter, is deceased. The Government moves to substitute Mr. Richard Dale Edmunds, son of Mr. Robert Allen Edmunds, Sr., as restitution payee in place of his father. Notably, Mr. Richard Dale Edmunds is already receiving restitution checks on behalf of his father, bearing the name "Robert A. Edmunds, Sr. c/o Dale Edmunds."

Pursuant to 18 U.S.C. § 3663(a)(2), "[i]n the case of a victim who is . . . deceased, the . . . representative of the victim's estate, another family member, or any other person appointed as suitable by the court, may assume the victim's rights" to restitution. Upon due consideration, the Court finds Mr. Richard Dale Edmunds is a proper person to acquire the rights of Mr. Robert Allen Edmund, Sr. as restitution payee. Therefore, the Government's motion to substitute restitution payee (Doc. 51) is **GRANTED**, and the Court **ORDERS** that "Richard Dale Edmunds" be

substituted as the restitution payee in place of "Robert A. Edmunds, Sr., c/o Dale Edmunds." **IT IS FURTHER ORDERED** that all future restitution payments due to Mr. Robert Allen Edmunds, Sr., be made payable exclusively to Mr. Richard Dale Edmunds and mailed to his address on record with the Clerk.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of January, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA